# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

AMIN B. BOOKER,

    vs.                      CASE NUMBER: 9:12-CV-0246 NAM-ATB

J. MALY, JOSEPH SMITH, KAVANAUGH,
KOBER, BRIAN FISCHER, ALBERT PRACK,
DAVID ROCK, ROKACE, COOK, LANCE TAYLOR,
DANIEL DUMAS.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED : Pursuant to the Memorandum-Decision and Order of the Honorable Norman A, Mordue, Senior United States District Court Judge, dated the 31st day of March 2014, the action is dismissed with prejudice.

DATED: March 31, 2014

ENTERED 3/31/2014
BY PTM

Clerk of Court

-S-
P.T. McBrearty
Deputy Clerk